THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GAETANO PARELLA, Appellant.

*Crimes — murder in second degree — judgment of conviction affirmed.*

*People* v. *Parella*, 203 App. Div. 872, affirmed.

(Submitted January 15, 1924; decided February 19, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 27, 1922, which affirmed a judgment rendered at a Trial Term for the county of Kings upon a verdict convicting the defendant of the crime of murder in the second degree.

*Louis J. Capozzoli* and *Herbert N. Warbasse* for appellant.

*Charles J. Dodd, District Attorney* (*James I. Cuff* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.